IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MICKY GARST, JR.

: Crim. No. 4:CR20-149
:
: (VIO: 18 U.S.C. § 1791)  JUDGE BRANN
:
:
: FILED VIA ECF

FILED
WILLIAMSPORT
JUN 25 2020
PER _____
DEPUTY CLERK

## INDICTMENT

THE GRAND JURY CHARGES:

**COUNT ONE**
Possession of a
Prohibited Object
(18 U.S.C. § 1791)

On or about August 9, 2019, in the Middle District of Pennsylvania and within the jurisdiction of this Court, the defendant

**MICKY GARST, JR.**

an inmate at the Federal Correctional Institution, Allenwood, Pennsylvania, did unlawfully and willfully obtain and possess a prohibited object, to wit: four (4) weapons and objects designed and intended to be used as weapons, specifically a sharpened metal rod, approximately 5 inches long, with white tape wrapped around one end as a handle that was hidden behind an outlet cover in the defendant's cell; and two (2) sharpened metal rods, approximately 5 ½ inches long, and a sharpened piece of melted plastic, approximately 6 inches long,

that were hidden inside the waist band of the defendant's underwear.

All in violation of Title 18, United States Code, Sections 1791(a)(2), 1791(d)(1)(B), and 1791(b)(3).

A TRUE BILL

_____
FOREPERSON

DATE: 6/25/20

DAVID J. FREED
United States Attorney

BY: _____
GEORGE J. ROCKTASHEL
Assistant United States Attorney

2